J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARIO OROPEZA BARRERA, | ) Case No. 5:26-cv-01063-SSS-AYP |
|  | ) |
|  | ) |
|  | ) JUDGMENT |
| Petitioner, | ) |
|  | ) |
| v. | ) |
|  | ) |
| KRISTI NOEM, et al., | ) |
|  | ) |
|  | ) |
|  | ) |
| Respondents. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") is granted; and (2) the Clerk shall enter Judgment accordingly.

IT IS SO ADJUDGED.

DATED:  June 18, 2026

_____
HONORABLE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE

2.